["

# Exhibit 1

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,836,895
Registered May 17, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## NIRVANA

NIRVANA (PARTNERSHIP)
C/O LEE JOHNSON, VWC MANAGEMENT
13343 BELLEVUE-REDMOND ROAD
BELLEVUE, WA 98005

FOR: CLOTHING; NAMELY, SHIRTS, TEE SHIRTS, CAPS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11-0-1991; IN COMMERCE 11-0-1991.

SER. NO. 74-417,065, FILED 7-26-1993.

PAUL KRUSE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21 and 36

**United States Patent and Trademark Office**    Reg. No. 1,842,789
Registered July 5, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## NIRVANA

NIRVANA (PARTNERSHIP)
C/O LEE JOHNSON, VWC MANAGEMENT
13343 BELLEVUE-REDMOND ROAD
BELLEVUE, WA 98005

FOR: SERIES OF SOUND RECORDINGS AND PRERECORDED VIDEOTAPES ALL FEATURING PERFORMANCES OF A MUSICAL ARTIST OR GROUP, IN CLASS 9 (U.S. CLS. 21 AND 36).

FIRST USE 6-0-1989; IN COMMERCE 6-0-1989.

OWNER OF U.S. REG. NO. 1,631,419.

SER. NO. 74-417,064, FILED 7-26-1993.

PAUL KRUSE, EXAMINING ATTORNEY



# NIRVANA

| | |
|---|---|
| **Reg. No. 3,937,416** | NIRVANA, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY) |
| **Registered Mar. 29, 2011** | C/O TODD GELFAND<br>1880 CENTURY PARK EAST, SUITE 1600<br>LOS ANGELES, CA 90067 |
| **Int. Cls.: 16 and 41** | |
| | FOR: PRINTED MATERIALS, NAMELY, POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50). |
| **TRADEMARK** | |
| **SERVICE MARK** | FIRST USE 0-0-1992; IN COMMERCE 0-0-1992. |
| **PRINCIPAL REGISTER** | FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE WITH INFORMATION ON RECORDINGS OF A MUSICAL GROUP AND HISTORICAL INFORMATION ON A MUSICAL GROUP AND PROVIDING ONLINE PROFILE PAGES WITH PHOTOS AND INFORMATION ON RECORDINGS OF A MUSICAL GROUP; PROVIDING NON-DOWNLOADABLE PRE-RECORDED MUSIC AND VIDEO CLIPS VIA A WEBSITE AND ONLINE PROFILE PAGES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107). |
| | FIRST USE 0-0-2002; IN COMMERCE 0-0-2002. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NO. 1,842,789. |
| | SER. NO. 85-090,713, FILED 7-22-2010. |
| | KATHLEEN LORENZO, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office



# NIRVANA

| | |
|---|---|
| **Reg. No. 4,663,544** | NIRVANA, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY) C/O JILL BERLINER, ESQ. |
| **Registered Dec. 30, 2014** | 1900 AVENUE OF THE STARS, 25TH FLOOR LOS ANGELES, CA 90067 |
| **Int. Cl.: 9** | |
| **TRADEMARK** | FOR: MUSICAL SOUND RECORDINGS; DOWNLOADABLE MUSICAL SOUND RECORDINGS; SOUND RECORDINGS FEATURING PERFORMANCES OF A MUSICAL GROUP; DOWNLOADABLE SOUND RECORDINGS FEATURING PERFORMANCES OF A MUSICAL GROUP; AUDIOVISUAL RECORDINGS FEATURING MUSIC; AUDIOVISUAL RECORDINGS FEATURING PERFORMANCES OF A MUSICAL GROUP; DOWNLOADABLE AUDIOVISUAL RECORDINGS FEATURING MUSIC; DOWNLOADABLE AUDIOVISUAL RECORDINGS FEATURING PERFORMANCES OF A MUSICAL GROUP, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| **PRINCIPAL REGISTER** | |

FIRST USE 6-0-1989; IN COMMERCE 6-0-1989.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,842,789.

SER. NO. 86-287,837, FILED 5-21-2014.

ROBIN CHOSID, EXAMINING ATTORNEY



*Deputy Director of the United States Patent and Trademark Office*

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,430,930**

**Registered Mar. 27, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Nirvana, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
C/o Rimon Law, Jill Berliner, Esq.
2029 Century Park East, Suite 400n
Los Angeles, CALIFORNIA 90067

CLASS 25: Shirts; sweatshirts; hooded sweatshirts

FIRST USE 9-21-1993; IN COMMERCE 9-21-1993

The mark consists of an accurate-to-scale silhouette-like representation of a winged woman facing forward, wings outstretched, with her head facing to her left, with a bent left knee, and with arms outstretched and palms facing forward so that the positions of her left and right arms are at approximately 4:30 o'clock and 7:30 o'clock, respectively.

SEC.2(F)

SER. NO. 87-178,273, FILED 09-21-2016

Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,441,075**

**Registered Apr. 10, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Nirvana, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
C/o Rimon Law, Jill Berliner, Esq.
2029 Century Park East, Suite 400n
Los Angeles, CALIFORNIA 90067

CLASS 9: Audio and video recordings, namely, compact discs featuring music and musical performances; phonograph records featuring music; prerecorded digital media in the nature of audio and visual media, namely, CDs, DVDs, and downloadable audio and video recordings in the field of music; digital music downloadable from the internet; DVDs featuring music and musical performances; downloadable audio and video recordings, namely, downloadable music files, downloadable multimedia files containing audio and video relating to music and musical performances, downloadable MP3 files and MP3 recordings featuring music and musical performances, and downloadable musical and video recordings in the field of music

FIRST USE 9-21-1993; IN COMMERCE 9-21-1993

The mark consists of an accurate-to-scale silhouette-like representation of a winged woman facing forward, wings outstretched, with her head facing to her left, with a bent left knee, and with arms outstretched and palms facing forward so that the positions of her left and right arms are at approximately 4:30 o'clock and 7:30 o'clock, respectively.

SEC.2(F)

SER. NO. 87-178,261, FILED 09-21-2016



Director of the United States
Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,797,928

**United States Patent and Trademark Office**  Registered Oct. 12, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## FLOWER SNIFFIN KITTY PETTIN BABY KISSIN CORPORATE ROCK WHORES

NIRVANA, INC. (WASHINGTON CORPORATION)
C/O LEE JOHNSONVWC MANAGEMENT
13343 BELLEVUE-REDMOND ROAD
BELLEVUE, WA 98005

FOR: CLOTHING; NAMELY, TEE SHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11-0-1991; IN COMMERCE 11-0-1991.

SER. NO. 74-356,609, FILED 2-8-1993.

ANTHONY LUPO, EXAMINING ATTORNEY